## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:14-CV-00524-FDW-DSC

| | | |
|---|---|---|
| **EYETALK365, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ALARMFORCE LP AND** | ) | |
| **ALARMFORCE NC, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on the parties' "Joint Motion to Stay Deadlines Pending Settlement" (document #25).  Having conferred with the chambers of the Honorable Frank D. Whitney, the Motion will be underlined denied.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: April 16, 2015

_____

David S. Cayer
United States Magistrate Judge